FILED: July 26, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4109

(3:10-cr-00145-MOC-DCK-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JERRY DEMARIO GUESS

      Defendant - Appellant

_____

O R D E R

_____

The court defers ruling on appellant's fourth motion for extension of the briefing schedule pending filing of appellant's opening brief and joint appendix on or before August 7, 2013.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk