FILED: August 7, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4109

(3:10-cr-00145-MOC-DCK-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JERRY DEMARIO GUESS

      Defendant - Appellant

_____

O R D E R

_____

The court rescinds the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk