UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __13-4109__ as

☐ Retained  ☑ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: __Jerry Demario Guess__

_____ as the
(party name)

☑ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

_/s/ Robert C. Carpenter_
(signature)

Robert C. Carpenter
Name (printed or typed)

Adams Hendon Carson Crow & Sae.
Firm Name (if applicable)

P.O. Box 2714

Asheville, NC 28802
Address

828-252-7381
Voice Phone

828-252-5019
Fax Number

bocarpenter@adamsfirm.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __08/23/2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_/s/ Robert C. Carpenter_
Signature

__8/23/2013__
Date

11/17/2011
SCC