# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
## DOCKET NO: 13-4109

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|   Plaintiff-Appellee, ) | |
| ) | **MOTION TO WITHDRAW AS** |
| v. ) | **ATTORNEY OF RECORD** |
| ) | |
| JERRY DEMARIO GUESS, ) | |
|   Defendant-Appellant, ) | |

_____

## APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## AT CHARLOTTE

The undersigned CJA attorney in this case respectfully moves this Court for an order removing him as attorney of record and allowing him to withdraw in this matter. In support of this motion, the attorney shows the Court as follows:

1. The undersigned was appointed on August 9, 2013, to replace Appellant's previous counsel who had withdrawn for medical reasons.

2. This Court affirmed the decision of the District Court by opinion rendered on April 10, 2014.

3. The undersigned attorney does not believe there are any other issues that need the attention of the appellate courts and that a petition for certiorari would be frivolous.

4. In a letter dated April 10, 2014, the undersigned attorney informed the Defendant-Appellant of his right to proceed with a petition for writ of certiorari. The letter, without enclosures is attached as Exhibit A of this motion.

5. The undersigned attorney also informed Defendant-Appellant in Exhibit A of his right to file a response to this motion to withdraw within seven calendar days.

WHEREFORE, for the above-stated reasons, the undersigned attorney respectively requests that he be allowed to withdraw as attorney of record.

This the 10th day of April, 2014.

**ADAMS, HENDON, CARSON, CROW AND SAENGER, P.A.**

s/ Robert C. Carpenter
Robert C. Carpenter
N.C. Bar No.: 36672
P.O. Box 2714
Asheville, NC 28802
72 Patton Avenue (28801)
(828) 252-7381
(828) 252-5018 (fax)
bocarpenter@adamsfirm.com
*Attorney for Defendant-Appellant*

## **CERTIFICATE OF SERVICE**

      I CERTIFY that according to CM/ECF records, a copy of the foregoing was served upon the individual(s) listed below via electronic notification from the District Court or by depositing it with the United States Postal Service with proper postage and addressed as follows:

Mr. William M. Miller
William.Miller@usdoj.gov

Mr. Thomas Biggers
Register Number 26455-058
FCI Bennettsville Federal Correctional Institution
P.O. Box 52020
Bennettsville, SC 29512

This the 10th day of April, 2014.

                              **ADAMS, HENDON, CARSON, CROW AND SAENGER, P.A.**

                              s/ Robert C. Carpenter
                              Robert C. Carpenter
                              P.O. Box 2714
                              Asheville, NC 28802
                              72 Patton Avenue (28801)
                              (828) 252-7381
                              (828) 252-5018 (fax)
                              bocarpenter@adamsfirm.com
                              *Attorney for Defendant-Appellant*

**Exhibit A**

**ADAMS HENDON CARSON CROW & SAENGER P.A.**
LAW OFFICES • ESTABLISHED 1904

Junius G. Adams, Jr. (1908-1991)

George Ward Hendon
Philip G. Carson
Samuel Jerome Crow
George W. Saenger
John C. Hunter
Susan Taylor Rash
Gregory S. Hilderbran
E. Thomison Holman
Joy G. McIver
Daniel E. Hitchcock
Matthew S. Roberson
Robert C. Carpenter

April 10, 2014

Mr. Jerry Demario Guess – 20661-055
FCI Edgefield
Federal Correctional Institution
P.O. Box 725
Edgefield, SC 29824

Dear Mr. Guess,

    I am writing to inform you that the Court of Appeals unfortunately affirmed the decision of the District Court by their opinion issued on April 10, 2014. I have enclosed a copy of their decision.

    Because the decision was unanimous, you do not have the right to further appeal in this matter. You may, however, request that the United States Supreme Court hear your matter by filing a Petition for a Writ of Certiorari. The Supreme Court may or may not decide to hear your case.

    You have 90 days from April 10, 2014, to file such a petition. I do not believe you have grounds to file a Petition for a Writ of Certiorari so I will be unable to assist you with filing. If you do decide to file a Petition for a Writ of Certiorari, the address for the Supreme Court is One First Street, NE, Washington, D.C. 20543. I am also enclosing a copy of 28 U.S.C. 2255.

    Since I do not believe you have the right to further appeal of this matter, I am withdrawing as your attorney. A copy of my Motion to Withdraw is enclosed with this letter.

    You have seven (7) days to object to my motion to withdraw by filing a response with the United States Court of Appeals for the Fourth Circuit, Patricia S. Conner, United States Courthouse Annex, 1100 East Main Street, Suite 501, Richmond, VA 23219-3517.

Sincerely,

*Robert C. Carpenter*

Robert C. Carpenter

Enclosures

72 Patton Avenue • Asheville, NC 28801 • P.O. Box 2714 • Asheville, NC 28802 • 828.252.7381 • Fax: 828.252.5018 • www.adamsfirm.com